ACCEPTED
15-25-00086-Cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/21/2025 4:11 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00086-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/21/2025 4:11:53 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
# for the Fifteenth Judicial District

_____

### 2020 LONG TAIL TRAIL INVESTMENTS, LLC, ET AL.,
*Appellants,*

v.

### STATE OF TEXAS, ET AL.,
*Appellees.*

_____

On Appeal from the
261st Judicial District Court, Travis County
Cause No. D-1-GN-23-007785

_____

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
_____

Pursuant to Texas Rule of Appellate Procedure 6.2, Appellees State of Texas, Attorney General Kenneth Paxton (in his official capacity), the Acting Texas Comptroller of Public Accounts, Kelly Hancock (in his official capacity), and the Office of the Texas Comptroller of Public Accounts provide this notice of appearance for Lynn E. Saarinen as additional counsel for Appellees in this appeal. Please send communications relating to this appeal to:

1

**Lynn E. Saarinen**
Assistant Attorney General
Tex. Bar No. 17498900
Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(737) 224-4634 | Fax: (512) 320-0667
Lynn.Saarinen@oag.texas.gov

Dated:  August 21, 2025
          Austin, Texas

Respectfully submitted,

**Ken Paxton**
Attorney General of Texas

**Brent Webster**
First Assistant Attorney General

**Ralph Molina**
Deputy First Assistant Attorney General

**Austin Kinghorn**
Deputy Attorney General for Civil Litigation

**Kimberly Gdula**
Chief for General Litigation Division

**Cole P. Wilson**
Assistant Attorney General
Texas State Bar No. 24122856
Cole.Wilson@oag.texas.gov

*/s/ Lynn E. Saarinen*
**Lynn E. Saarinen**
Assistant Attorney General
Texas State Bar No. 17498900
Lynn.Saarinen@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(737) 224-4634 | Fax: (512) 320-0667

*Counsel for Appellees*

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raymond Abarca on behalf of Lynn Saarinen
Bar No. 17498900
raymond.abarca@oag.texas.gov
Envelope ID: 104696382
Filing Code Description: Other Document
Filing Description: 20250819_Ntc of Appearance of Additional Counsel_AAG Saarinen
Status as of 8/21/2025 5:00 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Allison Collins | 24127467 | Acollins@fosterswift.com | 8/21/2025 4:11:53 PM | SENT |
| Sherry Brown | | sherry@txmunicipallaw.com | 8/21/2025 4:11:53 PM | SENT |
| Andy Messer | | andy@txmunicipallaw.com | 8/21/2025 4:11:53 PM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 8/21/2025 4:11:53 PM | SENT |
| Timothy Dunn | | Taddunn@txmunicipallaw.com | 8/21/2025 4:11:53 PM | SENT |
| Todd Disher | | todd@lehotskykeller.com | 8/21/2025 4:11:53 PM | SENT |
| William Thompson | | will@lkcfirm.com | 8/21/2025 4:11:53 PM | SENT |
| Cole Wilson | | cole.wilson@oag.texas.gov | 8/21/2025 4:11:53 PM | SENT |
| Guillermo Trevino | | will.trevino@brownsvilletx.gov | 8/21/2025 4:11:53 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 8/21/2025 4:11:53 PM | SENT |
| George Hyde | | ghyde@txlocalgovlaw.com | 8/21/2025 4:11:53 PM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 8/21/2025 4:11:53 PM | SENT |
| David Overcash | | david.overcash@wtmlaw.net | 8/21/2025 4:11:53 PM | SENT |
| Clark McCoy | | cmccoy@wtmlaw.net | 8/21/2025 4:11:53 PM | SENT |

Associated Case Party: City of Brownsville, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 8/21/2025 4:11:53 PM | SENT |
| Will S.Trevino | | will.trevino@brownsvilletx.gov | 8/21/2025 4:11:53 PM | SENT |

Associated Case Party: Attorney General Kenneth Paxton (in his Official Capacity

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raymond Abarca on behalf of Lynn Saarinen
Bar No. 17498900
raymond.abarca@oag.texas.gov
Envelope ID: 104696382
Filing Code Description: Other Document
Filing Description: 20250819_Ntc of Appearance of Additional Counsel_AAG Saarinen
Status as of 8/21/2025 5:00 PM CST

Associated Case Party: Attorney General Kenneth Paxton (in his Official Capacity

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 8/21/2025 4:11:53 PM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 8/21/2025 4:11:53 PM | SENT |
| Lynn Saarinen | | lynn.saarinen@oag.texas.gov | 8/21/2025 4:11:53 PM | SENT |